**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**

**EDUARDO RIVAS FERNANDEZ,**
**INDIVIDUALLY AND ON BEHALF OF**
**ALL OTHERS SIMILARLY SITUATED,**

      **Plaintiff,**

**v.**

**BLUSOURCE, LLC,**

      **Defendants.**

CIVIL ACTION

FILE NO.: 1:21-cv-00404-LCB-JLW

**MOTION FOR APPROVAL OF FLSA SETTLEMENT**

   The Parties submit the following Motion for Approval of FLSA Settlement, Memorandum in Support of the Consent Motion ("Memorandum"), and Proposed Order. For the reasons set forth in the Memorandum, the Parties respectfully request the Court enter an Order:

1) Approving the Parties' settlement set forth in the Parties' Settlement Agreement and Release as fair and reasonable resolution of *bona fide* disputes;

2) Approving Class Counsel's attorneys' fees and costs; and

3) Dismissing the claims in this lawsuit, brought by Plaintiff on behalf of himself and all others similarly situated, with prejudice in accordance with the Parties' proposed order.

**Dated: February 23, 2022**

Respectfully Submitted,

By: */s/ Christopher Strianese*

**Christopher Strianese**
NC Bar No. 46918
**Tamara Huckert**
NC Bar No. 35348
**STRIANESE HUCKERT, LLP**
3501 Monroe Rd.
Charlotte, NC 28205
Tel: 704-966-2101
chris@strilaw.com
tamara@strilaw.com

**Michael A. Josephson**
State Bar No. 24014780
*(pending pro hac vice)*
**Richard M. Schreiber**
State Bar No. 24056278
*(admitted pro hac vice)*
**JOSEPHSON DUNLAP LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
rschreiber@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas Bar No. 24001807
*(pending pro hac vice)*
**BRUCKNER BURCH, PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

On February 23, 2022, I served this document on all parties and/or counsel of record via the Court's ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Christopher Strianese*
**CHRISTOPHER STRIANESE**

## CERTIFICATE OF CONFERENCE

Plaintiff's Counsel conferred with Bluesource's Counsel, Larry Stine, regarding the relief sought herein, to which Bluesource is unopposed.

*/s/ Christopher Strianese*
**CHRISTOPHER STRIANESE**