IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

EDUARDO RIVAS FERNANDEZ,
INDIVIDUALLY AND ON BEHALF OF
ALL OTHERS SIMILARLY SITUATED,

Plaintiff,

v.

BLUSOURCE, LLC,

Defendants.

1:21CV404

**ORDER GRANTING APPROVAL OF
FLSA SETTLEMENTS**

This matter is before the Court on the Parties' motion for approval of FLSA settlements by Named Plaintiff, Eduardo Rivas Fernandez, on behalf of himself and the Opt-in Plaintiffs, and Defendant. The Court has considered the Settlement Agreement and its exhibit/tables, and the submissions of Counsel, and hereby finds and orders as follows:

1.    The Court finds that the settlement memorialized in the Settlement Agreement, and filed with the Court falls within the range of reasonableness and, therefore, meets the requirements for approval.

2.    The Court grants approval of the Parties' Settlement Agreement.

3.    The Court approves the full and final extinguishment of the Released Federal and State Law Claims of the Class Members as set forth in the Settlement Agreement as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act (FLSA).

4.      The Court approves Class Counsel's attorneys' fees and costs.

5.      Neither this Order, the Settlement Agreement, nor any other documents or information relating to the settlement of this litigation shall constitute, be construed to be, or be admissible in this litigation or any other proceeding as evidence:  (a) that any group of similarly situated or other employees exists to maintain a collective action under the FLSA, (b) of an adjudication of the merits of this litigation, (c) an adjudication of any of the matters subject to the Releases in the Settlement Agreement, (d) that any party has prevailed in this case, or (e) that Defendant or the Released Parties have engaged in any wrongdoing.

6.      The Court further dismisses this lawsuit with the consent of the parties, brought herein, by Plaintiff on behalf of himself and all others similarly situated, with prejudice.

IT IS SO ORDERED.

This, the 7th day of March 2022.

/s/ Loretta C. Biggs
United States District Judge